UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| CENTURY 21 REAL ESTATE CORP., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CAUSE NO. 3:04-CV-321 AS |
| REALTY PLUS MICHIANA CORP. and RON OLSON, | ) ) ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**

On May 8, 2006, this Court recommended that judgment be entered in favor of the Plaintiff, Century 21 Real Estate Corporation, and against Defendants Realty Plus Michiana Corporation and Ron Olson. The court adopted this Court's report and recommendation on June 1, 2006 and entered judgment against the Defendants in the amount of $133,428.50. On June 15, 2006, because it was the prevailing party, Plaintiff filed a motion for attorney's fees and costs in the amount of $50,103.33.

N.D. L.R. 7.1(a) provides that a response to a motion must be filed within fifteen days. Failure to do so may result in a summary ruling. As of this date, Defendants have not filed a response to Plaintiff's motion, nor have they provided any explanation for their inaction. As a result, this Court may assume that Plaintiff's motion is unopposed.

In reviewing Plaintiff's motion for fees and costs, this Court concludes that the amount Plaintiff requests appears reasonable. Plaintiff seeks $45,772.25 in fees, $855.00 in costs, and $3,476.08 in costs accrued pursuant to Section 20 of the Franchise Agreement at issue in this case, for a total of $50,103.33. In the Seventh Circuit, reasonable attorneys' fees are determined

by multiplying the hours reasonably expended on litigation by a reasonable hourly rate to arrive at a base figure commonly called a "lodestar." <u>Strange v. Monogram Credit Card Bank of Georgia,</u> 129 F.3d 943, 945-46 (7th Cir. 1997). This Court may then increase or decrease the lodestar figure according to twelve factors set forth in <u>Hensley v. Eckerhart</u>, 461 U.S. 424 (1983). The twelve factors are: (1) the time and labor required; (2) the novelty and difficulty of the questions; (3) the skill requisite to perform the legal services properly; (4) the preclusion of other employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the attorneys; (10) the undesirability of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. <u>Id</u>. The Seventh Circuit has held that "only time spent on claims for relief that are unsuccessful and unrelated to the ultimate result achieved are not compensable." <u>Rosario v. Livaditis</u>, 963 F.2d 1013, 1020 (7th Cir. 1992).

The history of this case and Plaintiff's affidavit reveal that this case involved the drafting of a motion for preliminary injunction, a preliminary injunction hearing, various settlement discussions, and the filing of a motion for summary judgment. Given the history of protracted litigation in this case, this Court is satisfied that the hours expended in this case and the hourly rates of $190-$450 are reasonable in the relevant market. Accordingly, this Court **RECOMMENDS** that Plaintiff's motion for attorney's fees and costs [Doc. No. 50] be **GRANTED** and that Plaintiff be awarded $50,103.33 in attorney's fees and costs.

> **NOTICE IS HEREBY GIVEN that within ten (10) days after being served with a copy of this recommended disposition a party may serve and file specific, written**

**objections to the proposed findings and/or recommendations.  Fed.R.Civ.P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED.**

Dated this 11th Day of August, 2006.

                                                         s/Christopher A. Nuechtelein
                                                         Christopher A. Nuechterlein
                                                         United States Magistrate Judge