UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **CENTURY 21 REAL ESTATE CORPORATION, A Delaware Corporation,** | ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | No. 3:04cv0321 AS-CAN |
| **REALTY PLUS MICHIANA, INC.,** an Indiana corporation, and **RON OLSON, an individual,** | ) ) ) ) | |
| Defendants | ) | |

*ORDER*

This court takes full judicial notice of the record in this case. Of particular moment is the report and recommendation of the United States Magistrate Judge, Christopher A. Nuechterlein, entered August 11, 2006, which this court has carefully examined. As of this date, no objections have been filed. On the basis of the aforesaid recommendation, this court **GRANTS** the motion by plaintiff's counsel for fees and costs as specified by Magistrate Judge Nuechterlein in the total sum of $50,103.33. **IT IS SO ORDERED**.

**DATED:** September 8, 2006

 S/ ALLEN SHARP
 **ALLEN SHARP, JUDGE**
 **UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein